# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2025 KW 0661

VERSUS

AARON ELL

**OCTOBER 6, 2025**

---

In Re:     Aaron Ell, applying for supervisory writs, 19th Judicial
           District Court, Parish of East Baton Rouge, No. 08-03-
           0063.

---

**BEFORE:     McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DENIED.**

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
        FOR THE COURT